IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LAMMERS, | No. C -14-03464(EDL) |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WARREN BENSON LAW GROUP, | |
| Defendant. | |

It is hereby Ordered that the case management conference currently set for October 28, 2014 is continued to January 6, 2015 at 10:00 a.m. Plaintiff shall serve Defendant by no later than November 28, 2014.

**IT IS SO ORDERED.**

Dated: October 22, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge